UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA *et al.*, | : : : : |
| Plaintiffs, | : CASE NO. 3:12-cv-361 |
| v. | : Judge Thomas M. Rose |
| RONALD BARGA, *et al.*, | : : |
| Defendants. | : : |

**AGREED ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Ronald Barga and Barga Farms, Inc. (collectively "Barga Defendants"), having filed their Consent Motion to extend time for the Defendants to answer or otherwise respond to the Plaintiffs' Complaint, and the Court being duly advised after having reviewed the Consent Motion;

It is hereby ORDERED that the Defendants' Consent Motion should be, and the same is hereby, GRANTED.

It is FURTHER ORDERED that the Barga Defendants shall have until December 28, 2012 to file their responsive pleading to the Plaintiffs' Complaint.

DATED: November 23, 2012.

s/Thomas M. Rose
_____
Judge, U.S. District Court
Southern District of Ohio